# Composite Exhibit "1"

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,193,235
Registered Apr. 6, 1982

## TRADEMARK
Principal Register



Carhartt, Inc. (Michigan corporation)
One Parklane Blvd.
Dearborn, Mich. 48121

For: CLOTHING—NAMELY, SHIRTS, PANTS, COATS, JACKETS AND OVERALLS, in CLASS 25 (U.S. Cl. 39).

First use 1967; in commerce 1967.
Owner of U.S. Reg. No. 824,085.

Ser. No. 284,991, filed Nov. 7, 1980.

PAUL F. GAST, Primary Examiner

Int. Cls.: 9 and 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,836,639
Registered May 17, 1994

## TRADEMARK
### PRINCIPAL REGISTER



CARHARTT, INC. (MICHIGAN CORPORATION)
THREE PARKLANE BLVD.
P.O. BOX 600
DEARBORN, MI 48121

FOR: FLAME RESISTENT CLOTHING; NAMELY, JEANS, COVERALLS, SHIRTS, COATS, VESTS, HOODS, BIB OVERALLS, AND JACKETS, IN CLASS 9 (U.S. CL. 39).

FIRST USE 6-9-1993; IN COMMERCE 6-9-1993.

FOR: CLOTHING FOR ADULTS AND CHILDREN; NAMELY, COATS, T-SHIRTS, ROVER SHIRTS, LONG UNDERWEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SUSPENDERS, VESTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, SHORTS, HOODS, HATS, SOCKS AND GLOVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

OWNER OF U.S. REG. NO. 1,193,235.

SER. NO. 74-404,327, FILED 6-22-1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cls.: **9 and 25**

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,841,700
Registered June 28, 1994

## TRADEMARK
### PRINCIPAL REGISTER

## CARHARTT

CARHARTT, INC. (MICHIGAN CORPORATION)
THREE PARKLANE BLVD.
P.O. BOX 600
DEARBORN, MI 48121

FOR: FLAME RESISTENT CLOTHING; NAMELY, JEANS, COVERALLS, SHIRTS, COATS, VESTS, HOODS, BIB OVERALLS, AND JACKETS, IN CLASS 9 (U.S. CL. 39).

FIRST USE 6-9-1993; IN COMMERCE 6-9-1993.

FOR: CLOTHING FOR ADULTS AND CHILDREN; NAMELY, COATS, T-SHIRTS, ROVER SHIRTS, LONG UNDERWEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SUSPENDERS, VESTS, SHIRTS, SWEATSHIRTS, SWEATPANTS, SHORTS, HOODS, HATS, SOCKS AND GLOVES, IN CLASS 25 (U.S. CL. 39).

FIRST USE 0-0-1889; IN COMMERCE 0-0-1889.

OWNER OF U.S. REG. NO. 1,193,235.

SEC. 2(F).

SER. NO. 74-404,326, FILED 6-22-1993.

KATHERINE STOIDES, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,595,490
Registered Mar. 24, 2009

## TRADEMARK
### PRINCIPAL REGISTER

*Carhartt*

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48121

FOR: CLOTHING, NAMELY, T-SHIRTS, TOPS, BOTTOMS, SHIRTS, SWEATSHIRTS, SWEATPANTS, HATS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-31-2007; IN COMMERCE 1-31-2007.

OWNER OF U.S. REG. NOS. 1,841,700, 2,999,170, AND OTHERS.

THE MARK CONSISTS OF THE MARK "CARHARTT" IN STYLIZED LETTERING.

SEC. 2(F).

SN 77-171,969, FILED 5-3-2007.

WANDA KAY PRICE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,302,600**  
**Registered Mar. 12, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48126

FOR: CLOTHING, NAMELY, COATS, SHIRTS, T-SHIRTS, UNDERWEAR, LONG UNDER-WEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SWEAT PANTS, SWEAT SHIRTS, SHORTS, PARKAS, JEAN JACKETS, SWEATERS, HATS, CAPS, BELTS, SUSPENDERS, BANDANAS, HOODS, RAINWEAR, GLOVES, SOCKS, HEADBANDS, SCARVES, GAITERS; HEADWEAR; FOOTWEAR; BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-1-2012; IN COMMERCE 2-1-2012.

OWNER OF U.S. REG. NOS. 1,193,235, 3,805,359, AND OTHERS.

THE COLOR(S) WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE FOLLOWING: THE WORDING "CARHARTT" IN THE COLOR WHITE TO THE LEFT OF A "C" DESIGN IN THE COLOR GOLD. THE COLOR BLACK REPRESENTS BACKGROUND, OUTLINING, SHADING AND/OR TRANSPARENT AREAS AND IS NOT PART OF THE MARK.

SN 85-529,810, FILED 1-31-2012.

BARNEY CHARLON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,302,601**
**Registered Mar. 12, 2013**
**Int. Cl.: 25**
**TRADEMARK**
**PRINCIPAL REGISTER**

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48126

FOR: CLOTHING, NAMELY, SHIRTS, T-SHIRTS, TOPS, BOTTOMS, PANTS, JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 12-15-2012; IN COMMERCE 12-15-2012.

OWNER OF U.S. REG. NOS. 1,193,235, 3,805,359, AND OTHERS.

THE COLOR(S) BLACK AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE FOLLOWING: THE WORDING "CARHARTT" IN THE COLOR BLACK UNDER A "C" DESIGN IN THE COLOR GOLD.

SN 85-529,872, FILED 1-31-2012.

BARNEY CHARLON, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,385,038**
**Registered Aug. 13, 2013**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

CARHARTT, INC. (MICHIGAN CORPORATION)
5750 MERCURY DRIVE
DEARBORN, MI 48126

FOR: CLOTHING, NAMELY, COATS, SHIRTS, T-SHIRTS, UNDERWEAR, LONG UNDER-WEAR, TOPS, BOTTOMS, BIB OVERALLS, PANTS, JACKETS, VESTS, COVERALLS, JEANS, SWEAT PANTS, SWEAT SHIRTS, SHORTS, PARKAS, DENIM JACKETS, SWEATERS, HATS, CAPS, BELTS, SUSPENDERS, BANDANAS, HOODS, RAINWEAR, GLOVES, SOCKS, HEADBANDS, SCARVES, GAITERS; HEADWEAR; FOOTWEAR; BOOTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 1-2-2013; IN COMMERCE 1-2-2013.

OWNER OF U.S. REG. NOS. 1,193,235, 3,805,359, AND OTHERS.

THE COLOR(S) WHITE AND GOLD IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF THE WORDING "CARHARTT" IN THE COLOR WHITE UNDER A "C" DESIGN IN THE COLOR GOLD. THE COLOR BLACK APPEARS AS THE BACK-GROUND ONLY, AND IS NOT PART OF THE MARK.

SN 85-591,132, FILED 4-6-2012.

FRANK LATTUCA, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office